JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA BRAGOLE,<br><br>      Plaintiff,<br><br>vs.<br><br>HOLLISTER COMPANY, a business organization, form unknown; JOHN DARLING, an individual; and DOES 1 through 50, Inclusive.<br><br>      Defendants. | Case No.  CV08-08273 JHN (Shx)<br><br>Complaint Filed 3/10/08<br><br>[PROPOSED] ORDER |

The above captioned matter is hereby dismissed.

IT IS SO ORDERED,

Date: February 1, 2010

_____
HONORABLE JACQUELINE H. NGUYEN
DISTRICT COURT JUDGE